**DENY; and Opinion Filed July 12, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00906-CV**

**IN RE MOSSER LAW PLLC, AND JAMES C. MOSSER, Relators**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03140**

**MEMORANDUM OPINION**

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Lang-Miers

Relators contend the associate judge erred in ordering them to deliver certain documents to the trial court. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

130906F.P05